UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Diane M. Hairl | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 18-31337<br><br>Chapter: 13<br><br>Honorable Janet S. Baer<br><br>DuPage |
| Debtor(s) | )<br>) | Adv. No.: |
| Plaintiff(s) | )<br>)<br>)<br>)<br>) | |
| Defendant(s) | )<br>) | |

**ORDER DISMISSING CHAPTER 13 CASE**

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, and due notice having been given to the parties entitled thereto,

IT IS HEREBY ORDERED that the above-captioned case is dismissed.

Enter: *Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: December 13, 2019

**Prepared by:**

Alexander Preber
IARDC#6324520
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
847-520-8100